# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| IN RE: GENERAL MOTORS ONSTAR LITIGATION | MDL NO: 07-1867 HONORABLE SEAN F. COX |
|---|---|

_____/

## NOTICE OF:
## STATUS CONFERENCE

You are hereby notified to appear before the Honorable Sean F. Cox, United States District Judge for the above proceeding on:

| DATE | TIME | ROOM 252 |
|---|---|---|
| **FRIDAY, NOVEMBER 16, 2007** | 2:00 P.M. | Theodore Levin U.S. Courthouse<br>231 W. Lafayette<br>Detroit, Michigan 48226 |

## CERTIFICATE OF MAILING

I hereby certify that a copy of this notice was served upon counsel of record on this date October 16, 2007 by ordinary mail and/or electronic mail.

Date: October 16, 2007

s/ Jennifer Hernandez
Deputy Clerk        313-234-2650