# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE ONSTAR CONTRACT LITIGATION

Master File No. 07-1867

THIS DOCUMENT RELATES TO: All Actions

## STIPULATED SCHEDULING ORDER

Following a Status Conference on June 1, 2009 the parties have agreed, with the Court's approval, to the following modification of the current class certification discovery and briefing schedule and other dates:

1. Fact discovery regarding Class Certification will be completed on August 28, 2009;

2. The parties will exchange expert disclosures regarding Class Certification on September 21, 2009,

3. The parties will exchange rebuttal expert disclosures regarding Class Certification on October 9, 2009;

4. The parties will complete expert depositions by November 13, 2009;

5. The parties will file briefs regarding the choice of law issue on October 1, 2009;

6. The parties will file response briefs regarding choice of law on November 22, 2009;

7. The parties will file reply briefs regarding choice of law on December 7, 2009;

8. The Court will hold a hearing on choice of law issues on **February 23, 2010 at 2:00 P.M.;**

9. Plaintiffs will file their motion for Class Certification 30 days after the Court rules on choice of law;

10. Plaintiffs shall respond to OnStar's Motion to Compel Arbitration by June 29, 2009;

11. OnStar shall file any reply in support of its motion by July 20, 2009;

12. The Court will hold a hearing on the Motion to Compel Arbitration **on September 24, 2009 at 2:00 P.M.;**

13. If the parties cannot complete discovery within any of the periods designated above despite good faith efforts to do so, they may seek the Court's permission for an extension of the Class Certification Discovery Period or any of the interim dates set forth above.

14. The three outstanding Motions to Compel Discovery are referred to U.S.M.J. Komives for disposition.

### SO ORDERED

Dated: June 12, 2009

s/ Sean F. Cox  
Sean F. Cox  
U. S. District Court Judge

### SO STIPULATED

By:/s/Timothy A. Daniels (w/consent)

Timothy A. Daniels  
A. Erin Dwyer  
Don Colleluori

**Figari & Davenport, LLP**  
901 Main Stree  
Suite 3400

Dallas, TX  75202
(214) 939-2000
(214) 939-2090 (Facsimile)


Michael P. Cooney
**Dykema Gossett PLLC**
400 Renaissance Center
Detroit, MI  48243
(313) 568-6955

ATTORNEYS FOR GENERAL MOTORS
CORPORATION AND ONSTAR
CORPORATION


By:/s/ David H. Fink
      David H. Fink (P28235)
      E. Powell Miller (P39487)
      Darryl G. Bressack (P67820)

**The Miller Law Firm, P.C.**
Interim Lead Counsel for Plaintiffs
950 W. University Dr, Suite 300
Rochester, MI  48307
(248) 841-2200


By:/s/ Neal Walters (w/consent)
      Neal Walters

**Ballard Spahr Andrews and Ingersoll, LLP**
Plaza 1000 – Suite 500
Main Street
Voorhees, NJ  08043-4636
(856) 761-3400

ATTORNEYS FOR DEFENDANTS SUBARU OF
AMERICA, INC.

By:/s/ John F. Birmingham(w/consent)
John F. Birmingham (P47150)
Scott T. Seabolt (P55890)

**Foley & Lardner LLP**
One Detroit Center
550 Woodward Avenue
Suite 2700
Detroit, MI 48226-3489
(313) 234-7100

**Of Counsel:**

Michael D. Leffel
**Foley & Lardner LLP**
150 E. Gilman Street
Suite 1497
Madison, WI 53701
(608) 258-4216

ATTORNEYS FOR DEFENDANT AMERICAN HONDA MOTOR CO., INC.


By:/s/ Patrick G. Seyferth (w/consent)
Patrick G. Seyferth

**Bush, Seyferth, & Paige, PLLC**
3001 W. Big Beaver Road
Suite 600
Troy, MI 48084
(248) 822-7800


By:/s/ Daniel V. Gsovski (w/consent)

Daniel V. Gsovski


**Herzfield & Rubin, P.C.**
40 Wall Street

New York, NY  10005
(212) 471-8512

ATTORNEYS FOR DEFENDANT
VOLKSWAGEN GROUP OF AMERICA, INC.