UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OnStar Contract Litigation             Case No. 2:07-MDL-01867

                                              Honorable Sean F. Cox

_____/

**ORDER DENYING
NON-PARTY JONATHAN LEE RICHES'S MOTION FOR RIGHT TO BE HEARD
UNDER THE VICTIM'S RIGHTS ACT**

This matter is currently before the Court on a *pro se* "Motion for Right to be Heard under the Victim's Rights Act." (Docket Entry No. 141). The motion was filed by Jonathan Lee Riches, who is not a party to this civil action.

In the motion, Mr. Riches requests the right to be heard in this action under 18 U.S.C. § 3771(D)(1), the Crime Victims' Rights Act ("CVRA"). It is well established, however, that the rights codified by the CVRA are "limited to the criminal justice process." *Siler v. Green*, __ F.3d __ *5 (6th Cir. July 13, 2009). This action is a *civil* action, not a *criminal* action. Thus, the CVRA has no application to this case and does not authorize Mr. Riches to be heard in this matter.

Accordingly, **IT IS ORDERED** that the motion to be heard filed by Non-Party Jonathan Lee Riches is **DENIED.**

**IT IS SO ORDERED.**

                                              S/ Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Date: August 4, 2009

I hereby certify that on August 4, 2009, a copy of the foregoing document was served upon

1

counsel of record by electronic means and by First Class Mail upon:

Jonathan Lee Riches
#40948018
Federal Medical Center
P. O. Box 14500
Lexington, KY 40512

                                                 S/ J. Hernandez
                                                 Case Manager