UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OnStar Contract Litigation              Case No. 2:07-MDL-01867

                                                   Honorable Sean F. Cox

_____/

## ORDER REGARDING OBJECTIONS TO
## MAGISTRATE JUDGE'S DISCOVERY ORDERS IN THIS MATTER

Plaintiffs filed a motion seeking to compel certain discovery from Defendant OnStar and that motion was referred to Magistrate Judge Paul J. Komives. After briefing and oral argument, on October 20, 2009, Magistrate Judge Komives issued an "Opinion & Order Deeming Resolved in Part and Granting in Part Plaintiff's Sealed September 1, 2009 Motion to Compel Production of Documents from Defendant OnStar" (Docket Entry No. 162) ("the October 20, 2009 Opinion & Order").

Thereafter, OnStar filed its "Objection to Order of Magistrate" (Docket Entry No. 172).

Considering the nature and volume of discovery disputes in this MDL action, the Court concludes that, before the Court substantively reviews any party's objections to a discovery order issued by the Magistrate Judge assigned to this matter, the objections should first be presented to the Magistrate Judge in the form of a motion for reconsideration. If the objecting party still has objections following the Magistrate Judge's ruling on the motion for reconsideration, the Court will then substantively review the objections.

IT IS SO ORDERED.

                                              S/Sean F. Cox
                                              Sean F. Cox
                                              United States District Judge

Dated: December 2, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OnStar Contract Litigation　　　　　　　Case No. 2:07-MDL-01867

　　　　　　　　　　　　　　　　　　　　　　　Honorable Sean F. Cox

_____/

PROOF OF SERVICE

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 2, 2009, by electronic and/or ordinary mail.

　　　　　　　　　　S/Jennifer Hernandez
　　　　　　　　　　Case Manager