UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OnStar Contract Litigation　　　　　　Case No. 2:07-MDL-01867

　　　　　　　　　　　　　　　　　　　　　　　Honorable Sean F. Cox

_____/

## ORDER FOR SUPPLEMENTAL BRIEFING

The parties have each filed briefs setting forth their respective position as to the choice of law issues before the Court. On March 31, 2010, after that briefing had concluded, the United States Supreme Court issued *Shady Grove Orthopedic Assoc., P.A. v. Allstate Ins. Co.*, No. 08-1008, 2010 LEXIS 2929 (U.S. March 31, 2010). The Court hereby **ORDERS** that each party may file a supplemental brief of no more than five (5) pages that addresses the impact of this decision on the issue of whether non-residents who did not purchase/lease their vehicles in Michigan can assert class action claims in this action under the Michigan Consumer Protection Act. The supplemental briefs must be filed by **April 30, 2010**, and may not address any other issues.

　　**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　s/Sean F. Cox
　　　　　　　　　　　　　　　　Sean F. Cox
　　　　　　　　　　　　　　　　United States District Judge

Dated: April 19, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 19, 2010, by electronic and/or ordinary mail.

　　　　　　　　　　　　　　　　s/Jennifer Hernandez
　　　　　　　　　　　　　　　　Case Manager