IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ONSTAR CONTRACT LITIGATION, | MDL 07 -md -1867 |
| THIS DOCUMENT RELATES TO:<br>Case Nos. 07-13721 and 07-13682 | Hon. Sean F. Cox |

### INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF DEFENDANT SUBARU OF AMERICA, INC.'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| | |
|---|---|
| EXHIBIT A | Portions of the Deposition Transcript of Dante Vespertino dated Mary 5, 2009 |
| EXHIBIT B | Portions of the Deposition Transcript of James C. Sinclair dated August 13, 2009 |
| EXHIBIT C | Affidavit of Dante Vespertino dated April 3, 2009 |
| EXHIBIT D | Subaru Subscriber Data |
| EXHIBIT E | September 2002 FCC Report |
| EXHIBIT F | June, 2007 FCC Memorandum Opinion and Order |
| EXHIBIT G | Portions of the Deposition Transcript of David DiMusto dated September 3, 2009 |
| EXHIBIT H | Plaintiffs Initial Class Statement dated March 2, 2009 |
| EXHIBIT I | Expert Report of Dr. Russell L. Lamb dated January 15, 2010 |
| EXHIBIT J | Portions of the Deposition Transcript of Warren J. Keegan dated March 4, 2010 |
| EXHIBIT K | Analog to Digital Transition Q & A dated May 29, 2003 |
| EXHIBIT L | Portions of the Deposition Transcript of Anthony Di Salle dated July 14, 2009 |
| EXHIBIT M | OnStar General Terms and Conditions effective July, 2003 |

| | |
|---|---|
| EXHIBIT N | Portions of the 2003 Subaru Owner's Manual |
| EXHIBIT O | Portions of the 2004 Owners Manual |
| EXHIBIT P | Expert Report of Dr. Claude Martin dated January 15, 2010 |
| EXHIBIT Q | Rebuttal Report of Dr. Richard Semenik dated March 17, 2010 |
| EXHIBIT R | Portions of the Deposition of Bruce Johnson dated September 15, 2009 |
| EXHIBIT S | Expert Report of Dr. Richard Semenik dated January, 2010 |
| EXHIBIT T | Portions of the Deposition Transcript of Dr. Richard Semenik dated April 20, 2010 |
| EXHIBIT U | Portions of the Deposition Transcript of Plaintiff Gordon Erdenberger dated May 4, 2009 |
| EXHIBIT V | Portions of the Deposition Transcript of Plaintiff Jack Jacovelli dated May 4, 2009 along with a copy of the Deposition Exhibit Jacovelli-1 |
| EXHIBIT W | Portions of the Deposition Transcript of Plaintiff Larnell Gill dated July 1, 2009 along with a copy of the Deposition Exhibit Gill-13 |
| EXHIBIT X | Portions of the Deposition Transcript of Plaintiff Murle Kemp dated May 14, 2009 |
| EXHIBIT Y | Portions of the Deposition Transcript of Plaintiff Jason Smith dated August 25, 2009 |
| EXHIBIT Z | Portions of the Deposition Transcript of Plaintiff Melvin Rubertt dated May 15, 2009 |
| EXHIBIT AA | Portions of the Deposition Transcript of Betty Rubertt dated May 15, 2009 |
| EXHIBIT BB | Purchase Agreement of Betty and Melvin Rubertt dated March 21, 2004 (Deposition Exhibit Rubertt-1) |
| EXHIBIT CC | Portions of the Subaru's 2004 Warranty and Maintenance Booklet |
| EXHIBIT DD | Email from Dave DiMusto to Komine-san of Fuji dated June 25, 2003. |
| EXHIBIT EE | *Morris v. ADT Security Servs., Inc.,* No. 07-80950-CIV (S.D.Fla. Sept. 11, 2009) |