# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE GENERAL MOTORS ONSTAR
LITIGATION,

:

THIS DOCUMENT RELATES TO:
Case Nos. 07-13721 and 07-13682

: MDL 07 –md –1867
: Case Nos. 07-13721, 07-13682
: Hon. Sean F. Cox
:
:
:

### AFFIDAVIT OF DANTE VESPERTINO

Dante Vespertino, being duly sworn by law, upon his oath, states as follows:

1.     I am the Director of Service Operations for Subaru of America, Inc. ("Subaru"). I have

personal knowledge of the facts set forth in this Affidavit.

2.     I was asked to supply information regarding statistics about Subaru vehicles and OnStar.

3.     The total number of Subaru vehicles equipped with Onstar equipment was 20,088.

4.     The total number of Subaru vehicle owners who received the Subaru Customer

Loyalty Coupon was 5,505, which according to OnStar, is the number of vehicle owners who

were current subscribers to OnStar services in or about July 2007.

5.     The total number of Subaru vehicle owners who accepted the lifetime roadside

assistance offered in the Loyalty Coupon is 2,029.

6.     The total number of Subaru vehicle owners who accepted the owner loyalty

incentive offered in the Loyalty Coupon is 76.

_____
Dante Vespertino

Date: _April 3, 2009_

DMEAST #11142461 v1

EXHIBIT
Subaru –4
SAM GOLDFARB
5|5|09

SOA 0001307

STATE OF _New Jersey_                            §
                                                 §
CITY/COUNTY OF _Camden_                          §

   I, _Linda A. Toepel_                    , a Notary Public in and for said county/city
and state do hereby certify that _Mark Vesperino_ personally appeared before me this day and
being duly sworn, executed the foregoing instrument.

   Witness my hand and official seal _April 5, 2009_          .

                               _Linda A. Toepel_
                               NOTARY PUBLIC


                               LINDA A. TOEPEL
                               NOTARY PUBLIC OF NEW JERSEY
                               Commission Expires 10/19/2009

SDA 0001308