UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: OnStar Contract Litigation              Case No. 2:07-MDL-01867

                                               Honorable Sean F. Cox

_____/

**ORDER
ACCEPTING AND ADOPTING REPORT & RECOMMENDATION**

On November 9, 2010, Plaintiffs filed a "Motion to Exclude the Report, Supplemental Report, and Testimony of Claude R. Martin, Jr. Ph.D." (Docket Entry No. 265).

On December 14, 2010, this Court referred the motion to Magistrate Judge Paul Komives pursuant to 28 U.S.C. § 636(b)(1)(A).  (Docket Entry No. 270).

On January 12, 2011, Magistrate Judge Komives issued a Report and Recommendation ("R&R") (Docket Entry No. 278), wherein he recommends that the Court "deny plaintiffs' motion to exclude the report, supplemental rebuttal report, and testimony of defense expert Claude R. Martin."  The January 12, 2011 R&R expressly advises the parties that they may object to and seek review of the R&R but that they must do so within fourteen (14) days.  (*Id.* at 17).

The time for filing objections to the January 12, 2011 R&R has expired and the docket reflects that no party has filed objections.

The Court hereby **ADOPTS** the January 12, 2011 R&R.  **IT IS ORDERED** that Plaintiffs' Motion to Exclude the Report, Supplemental Report, and Testimony of Claude R.

1

Martin, Jr. Ph.D. is **DENIED.**

    **IT IS SO ORDERED.**

Dated: February 16, 2011          S/ Sean F. Cox  
                                                 Sean F. Cox  
                                                 United States District Court Judge

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's ECF System and/or U. S. Mail on February 16, 2011.

                                                                    s/Jennifer Hernandez