UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE ONSTAR CONTRACT LITIGATION | Case No. 2:07-MDL-1867<br>Hon. Sean F. Cox |
| THIS DOCUMENT RELATES TO:<br>　　　All Actions | |

**JOINT APPENDIX OF ALL DEFENDANTS IN RESPONSE
TO MOTIONS FOR CLASS CERTIFICATION**

By: /s/ Timothy A. Daniels
    Timothy A. Daniels
    A. Erin Dwyer
    Don Colleluori

FIGARI & DAVENPORT, LLP
3400 Bank of America Plaza
901 Main Street
Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 FAX

and

Michael P. Cooney
DYKEMA GOSSETT PLLC
400 Renaissance Center
Detroit, MI 48243
(313) 568-6955

ATTORNEYS FOR ONSTAR LLC


By: /s/ Neal Walters
    Neal Walters

Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636
(856) 761-3400

ATTORNEYS FOR DEFENDANTS
SUBARU OF AMERICA, INC.

By:  /s/ John F. Birmingham
    John F. Birmingham (P47150)
    Scott T. Seabolt (P55890)

Foley & Lardner LLP
One Detroit Center
550 Woodward Avenue, Suite 2700
Detroit, MI  48226-3489
(313) 234-7100

and

Michael D. Leffel
Foley & Lardner LLP
150 E. Gilman Street, Suite 1497
Madison, WI  53701
(608) 258-4216

ATTORNEYS FOR DEFENDANT
AMERICAN HONDA MOTOR CO., INC.


By:  /s/ Patrick G. Seyferth
    Patrick G. Seyferth

Bush, Seyferth & Paige, PLLC
3001 W. Big Beaver Road, Suite 600
Troy, MI  48084
(248) 822-7800

and

Daniel V. Gsovski
Herzfield & Rubin, P.C.
125 Broad Street
New York, NY  10004
(212) 471-8512

ATTORNEYS FOR DEFENDANT
VOLKSWAGEN GROUP OF
AMERICA, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of February, 2011, a true and correct copy of the foregoing document was forwarded to all counsel of record through the Court's ECF system.

/s/ Timothy A. Daniels
Timothy A. Daniels

# APPENDIX DOCUMENTS

| Exhibit No. | Description |
|---|---|
| 1. | OnStar Terms and Conditions Effective as of July 2003 |
| 2. | OnStar Terms and Conditions Effective as of July 2004 |
| 3. | OnStar Terms and Conditions Effective as of December 2004 |
| 4. | Information on OnStar Website as of June 2003 |
| 5. | Information on OnStar Website as of March 2, 2004 and June 23, 2005 |
| 6. | Information Provided to OnStar Call Center as of June 2, 2003 |
| 7. | OnStar Labels Placed on New GM Vehicles for 2004 and 2005 Model Years |
| 8. | OnStar Owner's Guide, 2004 and Later Model Years |
| 9. | Summer 2003 OnStar Magazine |
| 10. | Fall 2004 OnStar Magazine with July 2004 Terms and Conditions |
| 11. | June 27, 2003 Letter to General Motors and Saturn Dealers with Information Piece for Prospective Vehicle Purchasers |
| 12. | OnStar Dealer Information Piece Relating to 2004 Model Year for Acura Dealers |
| 13. | June 2004 Letter to General Motors Dealers with Information Piece for Prospective Vehicle Purchasers |
| 14. | May 12, 2004 Letter to Buick Dealers Regarding OnStar Equipment in 2004 and 2005 Buick Park Avenues |
| 15. | May 12, 2004 Letter to Buick Dealers Regarding 2005 Buick Century |
| 16. | Model Year 2004 OnStar Dealer Consultants Guide |
| 17. | Model Year 2005 OnStar Dealer Pocket Guide |

| | |
|---|---|
| 18. | Model Year 2005 Dealer Pocket Guide, Mid-year Update |
| 19. | Model Year 2006 OnStar Dealer Pocket Guide |
| 20. | Model Year 2006 OnStar Dealer Pocket Guide, January 2006 Revision |
| 21. | OnStar 2006 Dealership Pocket Guide |
| 22. | November 2003 OnStar Sales Adviser |
| 23. | December 1, 2005 OnStar Training Monthly Update |
| 24. | March, 2005 Service Bulletin Regarding Upgrade of Certain GM Vehicles |
| 25. | April 2, 2005, Marketing/Promotion Information Provided to GM Dealers Regarding Upgrade of Certain GM Vehicles |
| 26. | GM Dealer Quick Reference Card Regarding OnStar's Analog-to-Digital Transition |
| 27. | 2003 OnStar Brochure with Disclosure |
| 28. | 2003 OnStar Brochure with Disclosure |
| 29. | 2003 Tri-fold OnStar Brochure for Audi with Disclosure |
| 30. | Order Form for OnStar Tri-fold Brochure for GM, Acura, Subaru, and VW |
| 31. | Various 2004 GM Vehicle Brochures |
| 32. | 2004 GM Brochure Relating to all Vehicles with OnStar Disclosure |
| 33. | Various 2005 GM Vehicle Brochures |
| 34. | 2005 GM Warranty Book |
| 35. | Declaration of Kirsten Gilstorf |
| 36. | September 3, 2004 Renewal Letter to OnStar Subscriber with Disclosure |
| 37. | OnStar Subscription Renewal Email Sent to Subscriber with Disclosure |
| 38. | OnStar Subscription Service Agreement |

| 39. | GM Incentive and OnStar Acknowledgment Form |
|---|---|
| 40. | OnStar GM Vehicle Upgrade Summary |
| 41. | August 7, 2002, USA Today Article; Mary 27 2004, Orlando Sentinel Article |
| 42. | Expert Report of Claude Martin |
| 43. | Supplemental Rebuttal Report of Claude Martin |
| 44. | Expert Report of Bruce Strombom |
| 45. | Expert Report of Kathleen Abernathy |
| 46. | Supplemental Rebuttal Report of Kathleen Abernathy |
| 47. | Removed |
| 48. | Expert Report of Richard Semenik |
| 49. | Rebuttal Report of Richard Semenik |
| 50. | Deposition Excerpts of Thomas Keery with Exhibits 4, 5, 9-17 |
| 51. | Deposition Excerpts of Richard Lamping with Exhibits 2-5, 9, 10, 13, 14 and 16 |
| 52. | Deposition Excerpts of Jack Jacovelli with Exhibits 1 and 2 |
| 53. | Deposition of Walter Rochow with Exhibits 1-11, 13-15 |
| 54. | Deposition of Wanda Hoover with Exhibits 1-4 |
| 55. | Deposition Excerpts of Cary Stein with Exhibits 1-3, and 5 |
| 56. | Deposition Excerpts of Janice Rhodes with Exhibits 2-5, 9, and 10 |
| 57. | Deposition of Angela Imbierowicz with Exhibits 1-11 |
| 58. | Deposition Excerpts of Bruce Johnson with Exhibits 2, 3, 8, 9, 11, and 12 |
| 59. | Deposition of Sandra Williams with Exhibits 1-5 |
| 60. | Deposition of Cheryl Nicholas with Exhibits 1-4, 6-12 |

| | |
|---|---|
| 61. | Deposition of Bradley Reich with Exhibit 1 |
| 62. | Deposition of Irene Nary with Exhibits 1-10 |
| 62A. | Deposition of John Irvine with Exhibits 1-17 |
| 62B. | Deposition Excerpts of Norman Nelson with Exhibits 2 and 6 |
| 62C. | Deposition of Susan Nelson |
| 63. | Deposition of Larnell Gill with Exhibits 1-16 |
| 64. | Deposition of Charles Allenson with Exhibits 1-9 |
| 65. | Deposition of John Kuller with Exhibits 1- 18 |
| 66. | Deposition of Armand Pepper with Exhibits 1 - 12 |
| 67. | Deposition of Robert Reishman with Exhibits 1-21 |
| 68. | Deposition of David Busch with Exhibits 1-13 |
| 69. | Deposition of Robert Schatz with Exhibits 1-10 |
| 70. | Deposition of Mark Vamos with Exhibits 1-16 |
| 71. | Deposition of Robert Golish with Exhibits 1-29 |
| 72. | Deposition of Gordon Erdenberger with Exhibits 1-13 |
| 73. | Deposition of Murle Kemp with Exhibits 2-6 |
| 74. | Deposition of Melvin Rubertt with Exhibit 1 |
| 75. | Deposition of Betty Rubertt with Exhibits 2-3 |
| 76. | Deposition of Jason Smith with Exhibits 1-9 |
| 77. | Deposition of Anthony DiSalle with Exhibits 2-6, 8-10, 12-19, 22-24, and 27-30 |
| 78. | Deposition Excerpts of David DiMusto with Exhibits 2, 3, 5, 10, 11, and 13 |

| 79. | Deposition of Dan Appa with Exhibits 1-28 |
|---|---|
| 80. | Deposition Excerpts of Robert Cameron |
| 81. | Deposition of James Sinclair with Exhibits 1-55 |
| 82. | Deposition Excerpts of Warren Keegan with Exhibits 8-12 |
| 83. | Deposition Excerpts of Russell Lamb |
| 84. | Deposition Excerpts of Errol Kouitch |